**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAY 04 2010

Clerk, U.S. District and
Bankruptcy Courts

NORMA B. CALVERT,                    )
                                     )
              Plaintiff,             )
                                     )
       v.                            )     Civil Action No. 09-01560
                                     )
UNITED STATES OF AMERICA, *et al.*,  )
                                     )
              Defendants.            )

## MEMORANDUM OPINION

On April 15, 2010, the Court dismissed this action without prejudice for plaintiff's failure to comply with the requirements of the Prison Litigation Reform Act ("PLRA"), *see* 28 U.S.C. § 1915. The Court has received plaintiff's April 20, 2010 letter, and construes it as a motion to reopen his case. With the letter and its attachments, plaintiff has demonstrated his efforts to timely submit a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of his complaint as the PLRA requires. The Court will grant plaintiff's motion to reopen the case.

According to plaintiff's submission, the balance in his trust fund account at the time he filed this action far exceeded the $350 filing fee. It does not appear that plaintiff is indigent, and the Court will deny his motion to proceed *in forma pauperis*. An Order accompanies this Memorandum Opinion.

                                    _____
                                    United States District Judge

DATE: 5/4/10